IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS,<br><br>                Plaintiff,<br><br>   v.<br><br>FREEDOM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CIVIL ACTION<br>NO. 2:24-cv-2110 |

# ORDER

**AND NOW**, this 10th day of January 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 8), Plaintiff's Response in Opposition (Doc. No. 9), Defendant's Reply (Doc. No. 10), the arguments of counsel for the parties at the hearing on the Motion held before the Court on October 2, 2024, the Supplemental Memoranda filed by the parties (Doc. Nos. 17, 18), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 8) is **GRANTED**.

                                                          BY THE COURT:

                                                          /s/ Joel H. Slomsky
                                                          JOEL H. SLOMSKY, J.